McCALLUM v. N.C. COOP. EXT. SERV.

No. 146P01

Case below: 142 N.C. App. 48

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 3 May 2001. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001.

ROBINSON v. BETHUNE

No. 94P01

Case below: 141 N.C. App. 350

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 May 2001.

SIMMONS v. LANDFALL ASSOCS.

No. 323PA00

Case below: 138 N.C. App. 554

Motion by plaintiff and defendants to withdraw petition for discretionary review allowed 19 April 2001.

SMITH v. WINN-DIXIE CHARLOTTE, INC.

No. 177P01

Case below: 142 N.C. App. 255

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001.

STANLEY v. BRUNSWICK ELEC. MEMBERSHIP CORP.

No. 154P01

Case below: 142 N.C. App. 213

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 April 2001.